## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

JUSTIN HATTEN,                           :

    Petitioner,                     :
                               Case No. 3:11cv00324

 -vs-                                    :
                               District Judge Timothy S. Black
WARDEN, CHILLICOTHE                      :   Chief Magistrate Judge Sharon L. Ovington
CORRECTIONAL INSTITUTION,
                           :

    Respondent.                     :

                           :

===============================================================

## ORDER

===============================================================

       This case is presently before the Court upon Petitioner Justin Hatten's

"Notification of Attorney Discharge" (Doc. #17), Attorney Eric J. Allen's Motion to

Withdraw as Counsel of Record (Doc. #18), and the record as a whole.

       On February 28, 2013, Petitioner Hatten filed a "notification of attorney

discharged" (docketed as a motion to disqualify counsel), stating that he was disappointed

with the services provided by his counsel, Eric J. Allen, and would like to proceed *pro se*

with this habeas action.  On March 12, 2013, Mr. Allen filed a Motion to Withdraw (Doc.

#18), indicating that Petitioner has discharged him as counsel and requesting to withdraw

as counsel of record.  *Id.*

       Petitioner has clearly conveyed his dissatisfaction with Mr. Allen's services and

his desire to proceed *pro se* with this matter.  Mr. Allen has also confirmed his services

have been terminated by Petitioner Hatten.  Accordingly, Petitioner's Motion to Disqualify Counsel (Doc. #17) and Mr. Allen's Motion to Withdraw (Doc. #18) are well taken.

## IT IS THEREFORE ORDERED THAT:

1.  Petitioner Justin Hatten's "Notification of Attorney Discharge" (Doc. #17) is GRANTED;

2.  Eric J. Allen's Motion to Withdraw as Counsel of Record (Doc. #18) is GRANTED; and,

3.  The Clerk of Court is directed to remove Eric J. Allen as counsel of record, note on the record that Petitioner Justin Hatten is proceeding *pro se*, and send all future correspondence directly to him at the following address:

    **Justin Hatten A606-687**
    **Chillicothe Correctional Institution**
    **P.O. Box 5500**
    **Chillicothe, Ohio 45601**

March 18, 2013

                                    s/Sharon L. Ovington
                                    Sharon L. Ovington
                              Chief United States Magistrate Judge

2