UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**JUSTIN HATTEN,**

    Petitioner,

**-vs-**

**WARDEN, Chillicothe Correctional Institution,**

    Respondent.

**CASE NO. 3:11-cv-324**

**Judge Timothy S. Black**
**Magistrate Judge Sharon L. Ovington**

_____

**JUDGMENT IN A CIVIL CASE**
_____

[ ]   **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

[X]   **Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

**IT IS ORDERED AND ADJUDGED** that the Reports and Recommendations (Doc. 12) of the United States Magistrate Judge are **ADOPTED IN ITS ENTIRETY**; the Petitioner's Objections (Doc. 16) are **OVERRULED**; the Petition for Writ of Habeas Corpus (Doc. 2) is **DISMISSED**; that any request for a certificate of appealability under 28 U.S.C. §2253(c) be **DENIED**; that any appeal be **CERTIFIED** as objectively frivolous; that any request for leave to appeal *in forma pauperis* be **DENIED**; and the case is **TERMINATED** from the docket.

Date: April 2, 2013

**JOHN P. HEHMAN, CLERK**
  By: s/ M. Rogers
Deputy Clerk