# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**JUSTIN HATTEN,**           **CASE NO. 3:11-cv-324**

    Petitioner,           **Judge Timothy S. Black**
                               **Magistrate Judge Sharon L. Ovington**

   **-vs-**

**WARDEN, Chillicothe Correctional Institution,**

    Respondent.

_____

## JUDGMENT IN A CIVIL CASE
_____

**[ ]   Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

**[X]   Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

**IT IS ORDERED AND ADJUDGED** that the Reports and Recommendations (Doc. 12) of the United States Magistrate Judge are **ADOPTED IN ITS ENTIRETY**; the Petitioner's Objections (Doc. 16) are **OVERRULED**; the Petition for Writ of Habeas Corpus (Doc. 2) is **DISMISSED**; that any request for a certificate of appealability under 28 U.S.C. §2253(c) be **DENIED**; that any appeal be **CERTIFIED** as objectively frivolous; that any request for leave to appeal *in forma pauperis* be **DENIED**; and the case is **TERMINATED** from the docket.


Date: April 2, 2013                                   **JOHN P. HEHMAN, CLERK**
                                                                         By: s/ M. Rogers
                                                                          Deputy Clerk