UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JUSTIN HATTEN,                          :      Case No. 3:11-cv-324
                                        :
          Petitioner,                   :      Judge Timothy S. Black
                                        :      Magistrate Judge Sharon L. Ovington
vs.                                     :
                                        :
WARDEN, Chillicothe Correctional Institution,  :
                                        :
          Respondent.                   :

**DECISION AND ENTRY ADOPTING THE REPORT AND RECOMMENDATIONS
OF THE MAGISTRATE JUDGE (Doc. 28) AND DENYING PETITIONER'S
MOTION FOR PAUPER STATUS (Doc. 26)**

This civil case is before the Court on the Report and Recommendations of United

States Magistrate Judge Sharon L. Ovington.  (Doc. 28).  The Magistrate Judge recommends

that Petitioner's Motion for Pauper Status be denied.  (*Id.*)  Petitioner did not file objections

to the Report and Recommendations of the Magistrate Judge and the time for doing so has

expired.  The issues are now ripe for decision by the Court.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court reviewed the

comprehensive findings of the Magistrate Judge in the Report and Recommendations de

novo.  Upon review the issues presented, the Court **ADOPTS** the Report and

Recommendations of the Magistrate Judge in its entirety (Doc. 28) and **DENIES** Petitioner's

Motion for Pauper Status (Doc. 26).

          **IT IS SO ORDERED.**

Date:  _8/21/13_                            _Timothy S. Black_
                                            Timothy S. Black
                                            United States District Judge